UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SNEARL

VERSUS

CRETE CARRIER CORPORATION, ET AL.

CIVIL ACTION

21-266-SDD-SDJ

## RULING

The Court has carefully considered the *Motion*,[1] the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Scott D. Johnson dated November 22, 2021 to which an Objection[3] was filed and also reviewed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY,**

**IT IS HEREBY ORDERED** that the *Motion to Remand*[4] is GRANTED and this matter shall be remanded to the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana for lack of subject matter jurisdiction.

Signed in Baton Rouge, Louisiana the 7 day of December, 2021.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 3.
[2] Rec. Doc. 11.
[3] Rec. Doc. 12.
[4] Rec. Doc. 3.